IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00942-AP

PEGGY A. GONZALES,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:

Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed: 5/18/06.
    B.  Date Complaint Was Served on U.S. Attorney's Office: 6/30/06.
    C.  Date Answer and Administrative Record Were Filed: 7/31/06.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

    A.    Plaintiff's Opening Brief Due:    October 13, 2006.
    B.    Defendant's Response Brief Due:    November 13, 2006.
    C.    Plaintiff's Reply Brief (If Any) Due:    November 28, 2006.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:
<u>Plaintiff does not request oral argument.</u>

    B.    Defendant's Statement:
<u>Defendant does not request oral argument.</u>

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this  23d day of August, 2006.

                                  BY THE COURT:

                                   s/John L. Kane
                                  SENIOR U.S. DISTRICT COURT JUDGE

**APPROVED:**

<u>**For Plaintiff**</u>**:**            <u>**For Defendant**</u>**:**

<u>**s/Michael W. Seckar 8/22/06**</u>         TROY A. EID
Michael W.Seckar, Esq.              United States Attorney
402 W. 12th Street
Pueblo, CO 81003                    KURT J. BOHN
719-543-8636                        Assistant United States Attorney
seckarlaw@mindspring.com            1225 Seventeenth Street, Suite 700
                                    Denver, Colorado 80202
                                    (303) 454-0100
                                    (303) 454-0404 (facsimile)
                                    kurt.bohn@usdoj.gov

                                    <u>**s/Debra J. Meachum 8/22/06**</u>
                             By:    Debra J. Meachum
                                    Special Assistant
                                       United States Attorney
                                    Social Security Administration
                                    1961 Stout Street, Suite 1001A
                                    Denver, Colorado  80294
                                    (303) 844-1570
                                    (303) 844-0770 (facsimile)
                                    debra.meachum@ssa.gov