IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-942-AP**

**PEGGY A. GONZALES,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

        Defendant's Unopposed Motion to File Amended Response Brief (doc. #15), filed November 17, 2006, is GRANTED.  Defendant may file her amended response brief on or before November 20, 2006; reply if any, is due December 5, 2006.

Dated:  November 20, 2006