IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00942-ZLW

PEGGY A. GONZALES,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## ORDER ON ATTORNEY FEES

---

The matter before the Court is a Stipulated Motion For Award Of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412, signed by the attorneys for the parties hereto.  In consideration thereof, it is

ORDERED that the Stipulated Motion For Award Of Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412, is granted.  It is

FURTHER ORDERED that Plaintiff's counsel is awarded attorney fees for this case, pursuant to the EAJA, in the amount of $4,500.00.  It is

FURTHER ORDERED that Defendant Michael J. Astrue is substituted for

Defendant Jo Anne B. Barnhart pursuant to Fed. R. Civ. P. 25(d), and the caption is

amended accordingly.

DATED at Denver, Colorado, this __26__ day of October, 2007.

BY THE COURT:

ZITA L. WEINSHIENK,  Senior Judge
United States District Court